

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2022

No. 04-20-00482-CV

**CRVI RIVERWALK HOSPITALITY, LLC,**
Appellant

v.

**425 SOLEDAD, LTD**. and 425 Loneliness, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20826
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellees filed a timely motion for rehearing on September 26, 2022. Appellant's response to the pending motion for rehearing was due October 13, 2022. On September 30, 2022, appellant filed an unopposed motion requesting an extension of time to November 1, 2022 to file a response to the motion for rehearing. After consideration, we **grant** the motion and **order** appellant to file its response to the motion for rehearing, if any, by **November 1, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court